**Opinion filed June 11, 2009**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-08-00039-CR & 11-08-00040-CR

_____

### TAMMY CARSON ROGERS, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause Nos. 23022A & 23147A**

### M E M O R A N D U M   O P I N I O N

The trial court convicted Tammy Carson Rogers, upon her plea of guilty, of the offenses of credit card abuse[1] and forgery.[2] Plea bargain agreements were not reached. In each case, the trial court sentenced appellant to confinement in a state jail facility for eighteen months. We affirm.

In her sole issue in each case, appellant invites this court to reconsider our decisions in *Flores v. State*, 936 S.W.2d 478 (Tex. App.—Eastland 1996, pet. ref'd), and *Bradfield v. State*, 42

---

[1]Cause No. 11-08-00039-CR.

[2]Cause No. 11-08-00040-CR.

S.W.3d 350 (Tex. App.—Eastland 2001, pet. ref'd), where we held that punishment assessed was not subject to a factual sufficiency review. We decline appellant's invitation. Each issue is overruled.

A penalty assessed within the range of punishment established by the legislature will not be disturbed on appeal. *Jackson v. State*, 680 S.W.2d 809 (Tex. Crim. App. 1984); *Bradfield*, 42 S.W.3d at 354. The trial court assessed punishment within the range authorized. TEX. PENAL CODE ANN. §§ 12.35, 32.21, 32.31 (Vernon Supp. 2008).

The judgments of the trial court are affirmed.


JIM R. WRIGHT

CHIEF JUSTICE


June 11, 2009

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.

2